

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,653-05

### EX PARTE JOHNNY CALVIN SCOTT, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. C-396-W011386-1359184-D IN THE 396TH DISTRICT COURT
FROM TARRANT COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. Applicant's conviction was affirmed by the Second Court of Appeals in an unpublished opinion on June 4, 2015. *Scott v. State*, No. 02-14-00183-CR (Tex. App. — Fort Worth 2015) (not designated for publication).

In the instant application, Applicant contends that he is actually innocent based on newly discovered evidence, CODIS Hit Report linking DNA evidence found on the victim's body to another person. In his second ground for relief, Applicant contends that a detective lied to him

during his interrogation when he told Applicant that no one else's DNA was found under the victim's fingernails and that the State allowed perjured testimony by the detective when he testified to that effect. The trial court determined that the CODIS report had been rescinded and concluded that Applicant had presented no newly discovered evidence that constitutes affirmative evidence of his innocence.

We agree. After a review of the record, we find that Applicant's actual innocence claim is without merit. Therefore, we deny relief. Applicant's second ground is barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, that claim is dismissed.

Filed: April 21, 2021
Do not publish